STATE OF MONTANA, Plaintiff, vs. WALTER JAMES SHARETTE, Defendant.

### DECISION

No. 4181

The application of the above-named defendant for a review of the sentence of Ten (10) years with last Three (3) years suspended, two counts, to run concurrently imposed on December 16, 1976, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence be and remain a term of ten years except five years of said sentence is hereby suspended upon the condition that said defendant shall attend Vo Tech and also participate in the program at the Rimrock Center. During the period of suspension the defendant shall be under the supervision of the Montana Probation and Parole Bureau and subject to their rules and regulations.

We wish to thank Jim Driscoll, Attorney at Law, Helena and Fausto G. Turren, Montana Defender Project for their assistance to the defendant and this Court.

DATED this 18th day of March, 1977.

### SENTENCE REVIEW DIVISION

Jack D. Shanstrom, Chairman; Jack L. Green, Robert C. Sykes.

STATE OF MONTANA, Plaintiff, vs. STEWART DALE STRINGER, Defendant.

### DECISION

No. 6650-A

The application of the above-named defendant for a review of the sentence of Ten (10) years imposed on November 17, 1976, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence be and remain as originally imposed except five years of said sentence is hereby suspended. During the period of suspension defendant shall be under the supervision of the Montana Adult Probation and Parole and subject to their rules and regulations.

We wish to thank Thomas A. Pouliot, Montana Defender Project, for his assistance to the defendant and this Court.

DATED this 18th day of March, 1977.

### SENTENCE REVIEW DIVISION

Jack D. Shanstrom, Chairman; Robert C. Sykes.